1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,        )   Case No.: 5:24-mj-00117
                                      )
12              Plaintiff,            )   ORDER OF DETENTION PENDING
                                      )   FURTHER REVOCATION
13        v.                          )   PROCEEDINGS
                                      )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   DERRICK JASON-SANTOS             )   U.S.C. § 3143(a)(1))
                                      )
15              Defendant.            )
                                      )

16        The defendant having been arrested in this District pursuant to a warrant
17   issued by the United States District Court for the __Southern_____ District of
18   __California_____ for alleged violation(s) of the terms and conditions of probation
19   or supervised release; and
20        Having conducted a detention hearing pursuant to Federal Rule of Criminal
21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22   A.  (×)   The defendant has not met his/her burden of establishing by clear and
23             convincing evidence that he/she is not likely to flee if released under 18
24             U.S.C. § 3142(b) or (c).  This finding is based on the following:
25             (×)   information in the Pretrial Services Report and Recommendation
26             (×)   information in the violation petition and report(s)
27             (×)   the defendant's nonobjection to detention at this time
28             ( )   other: _____

                                      1

1      and/ or

2 B. (×)   The defendant has not met his/her burden of establishing by clear and

3      convincing evidence that he/she is not likely to pose a danger to the safety

4      of any other person or the community if released under 18 U.S.C.

5      § 3142(b) or (c).  This finding is based on the following:

6     (×)   information in the Pretrial Services Report and Recommendation

7     (×)   information in the violation petition and report(s)

8     (×)   the defendant's nonobjection to detention at this time

9     ( )   other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: 03/15/2024          _____

15                 SHASHI H. KEWALRAMANI
                UNITED STATES MAGISTRATE JUDGE